UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NICHOLAS R. SMITH

    Plaintiff,

    v.                                Case No. 2:23cv81

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security,*

    Defendant.

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915,

**IT IS ORDERED** that the application is

☒ GRANTED, and the Clerk is DIRECTED to file the complaint.

**OR**

☐ DENIED, and IT IS FURTHER ORDERED that the filing fee shall be paid within thirty (30) days of this order, or this matter will be dismissed without prejudice to refile/resubmit this case.

DENIED for the following reasons:
_____.

ENTERED this  3rd  day of March, 2023.

*/s/ Arenda L. Wright Allen*
United States District Judge