**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **NICHOLAS R. SMITH,**<br><br>    *Plaintiff*,<br><br>v.<br><br>**KILOLO KIJAKAZI,**<br>**Acting Commissioner of Social Security,**<br><br>    *Defendant.* | Civil Action No.  2:23-cv-81-AWA-LRL |

**JUDGMENT IN A CIVIL CASE**

    **AND NOW**, this  28th  day of  August , 2023, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), **IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                              BY THE COURT:

                              *Arenda L. Wright Allen*